1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

ANTHONY LEE CORLEY,                           1:08-cv-00266-AWI-TAG (HC)

Petitioner,                      ORDER GRANTING MOTION
10                                                     TO PROCEED IN FORMA PAUPERIS

vs.
11                                                     (Doc. 2)

M KNOWLES, et al,
12

Respondents.
13 _____/

14

15        Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28

16 U.S.C. § 2254.

17        Petitioner has filed a motion to proceed in forma pauperis and a certified copy of petitioner's

18 prison trust account statement.   Examination of these documents reveals that petitioner is unable to

afford the costs of this action.
19

20        Accordingly, the motion to proceed in forma pauperis is GRANTED.  See 28 U.S.C. § 1915.

21

IT IS SO ORDERED.
22

Dated:   **March 5, 2008**                              _____
23 _____                                              **/s/ Theresa A. Goldner**
                                                       UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28